IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 2:11-409-1 |
| | : | |
| TAHIB SMITH ALI,<br>    Defendant. | : | |

**ORDER**

**AND NOW,** this 20th day of June, 2012, upon consideration of the Government's "Motion in Limine to Admit Evidence Pursuant to Rule 404(b)" (Doc. No. 24), and the response thereto, and following oral argument, for the reasons set forth in the Court's Memorandum Opinion, it is hereby **ORDERED** that the Government's motion is **DENIED**.

                                    BY THE COURT

                                    **S/MITCHELL S. GOLDBERG**
                                    MITCHELL S. GOLDBERG, J.